# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1828

_____

United States of America

Plaintiff - Appellee

v.

I-44 Truck Center and Wrecker Service, LLC

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00001-JMB)

**JUDGMENT**

Before LAVENSKI R. SMITH, BENTON, and ERICKSON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 01, 2026


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Susan E. Bindler