UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>I-44 TRUCK CENTER & WRECKER SERVICE, LLC,<br><br>Defendant. | Case No. 4:23-CV-00001 JMB |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to the Memorandum and Order of **October 5, 2026**, and incorporated herein, judgment is entered against Plaintiff and in favor of Defendant.

**IT IS FURTHER ORDERED** that Plaintiff shall pay to Defendant attorneys' fees in the amount of $60,032.21 and costs in the amount of $9,134.01.

***/s/ John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of November, 2026.